**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL FOLEY, ) | Case No. 2:13-cv-01639-APG-NJK |
| Plaintiff(s), ) | **O R D E R** |
| vs. ) | |
| JENNIFER MORRONE, et al. ) | |
| Defendant(s). ) | |

This matter came before the Court on Plaintiff's Motion for Preservation of Evidence (Docket No. 6), which, for the reasons discussed below, the Court hereby **DENIES**.

Plaintiff requests a Court order requiring Defendant Soroptimist International of Greater Las Vegas to preserve "all of the data that is stored under, and is part of or integral to the domain name, SIGLV.org." Docket No. 6, at 18. The basis for Plaintiff's request is his assertion that "it is clear [Defendant Soroptimist International of Greater Las Vegas] will be terminating its web hosting and email services with Yahoo!, Inc. at any time." *Id.*, at 5. This conclusory statement, however, is not sufficient grounds for a Court Order. Moreover, Defendant has not cited any points or authorities in support of his request. Pursuant to Local Rule 7-2(d), "[t]he failure of a moving party to file points and authorities in support of the motion shall constitute a consent to the denial of the motion." LR 7-2(d). Thus, Plaintiff has consented to his motion being denied.

Based on the foregoing, and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion for Preservation of Evidence (Docket No. 6) is DENIED.

DATED: March 19, 2014,

_____
NANCY J. KOPPE
United States Magistrate Judge