UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL FOLEY, | ) |
| Plaintiff, | ) Case No. 2:13-cv-01639-APG-NJK |
| vs. | ) ORDER |
| JENNIFER MORRONE, et al., | ) (Docket No. 15) |
| Defendants. | ) |

Pending before the Court is Plaintiff's request for service of process by the United States Marshal. Docket No. 15. The Court has not yet determined that Plaintiff has stated a claim upon which relief can be granted and, therefore, any service of process is premature. *See* 28 U.S.C. § 1915. Plaintiff's request is therefore DENIED without prejudice to renewing this motion in the event that the Court finds that Plaintiff has stated a cognizable claim when it screens the Amended Complaint.

IT IS SO ORDERED.

DATED: July 8, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge