# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL FOLEY, | Case No. 2:13-cv-01639-APG-NJK |
| Plaintiff, | **Order Accepting Report and Recommendation and Dismissing Case** |
| v. | |
| JENNIFER MORRONE, et al, | |
| Defendant. | |

On August 7, 2014, Magistrate Judge Koppe entered her Report and Recommendation [Dkt. #21] recommending dismissal of Plaintiff's federal law claims with prejudice, and dismissal of Plaintiff's state law claims without prejudice. No objection has been filed to that Report and Recommendation. Thus, I am not required to conduct "any review at all ... of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). The Ninth Circuit has confirmed that a district court is not required to review a magistrate judge's report and recommendation where no objection has been filed. *See United States v. Reyna–Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise."); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D.Ariz. 2003) (based on *Thomas* and *Reyna–Tapia*, "district courts are not required to conduct any review at all . . . of any issue that is not the subject of an objection."). Because there is no objection to a magistrate judge's recommendation, I may accept the recommendation without review.

Nevertheless, I have reviewed the issues set forth in the Report and Recommendation. Judge Koppe's Report and Recommendation sets forth the proper legal analysis, and the factual basis, for the decision. Therefore,

/ / / /

/ / / /

1 | IT IS HEREBY ORDERED that the Report and Recommendation is accepted, and this
2 | case is DISMISSED.   The clerk of the court shall enter Judgment accordingly.
3 | Dated: August 27, 2013.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE