# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

MICHAEL FOLEY,

          Plaintiff-Appellant,

  v.

JENNIFER MORRONE, *et al.*,

          Defendants-Appellees.

Case No. 2:13-cv-01639-APG-NJK

Ninth Circuit Case No. 15-16095

**RESPONSE TO REFERRAL NOTICE**

     The United States Court of Appeals for the Ninth Circuit referred to me the question whether Michael Foley's *in forma pauperis* status should continue for his appeal or whether the appeal is frivolous or taken in bad faith.  After reviewing the district court file, I find that reasonable judicial minds could not disagree with the ruling from which the appeal is taken.  The appeal is frivolous.  Therefore, Foley's *in forma pauperis* status is revoked.

     DATED this 5th day of June, 2015.

 

_____

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE